

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00078-CR

Luis **GOVEA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 22nd Judicial District Court, Hays County, Texas
Trial Court No. CR-12-0451
Honorable Don Burgess, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 18, 2013.

_____
Rebeca C. Martinez, Justice